**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX ORLANDO RODRIGUEZ, ) | NO. 1:09-CV-00050-AWI-TAG |
| Plaintiff, ) | ORDER DISMISSING COMPLAINT WITH PREJUDICE |
| v. ) | Fed. Rule Civ. Pro. 41(a) |
| EASTERN SAVINGS BANK, FSB, ) | |
| Defendant. ) | |

Pursuant to Fed. Rule of Civ. Pro. 41(a), this action is dismissed in its entirety and with prejudice, all parties to bear their own costs.

All matters on calendar are off-calendar.


IT IS SO ORDERED.

**Dated:   February 6, 2009**                       /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE